UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-__00273-IM_____** |
| v. | **INFORMATION** |
| **MARK ROLYCANOV,** | **41 C.F.R. § 102.74.385** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about July 24, 2020, in the District of Oregon, the defendant **MARK ROLYCANOV** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40 United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: July 24, 2020                    Respectfully submitted,

                                        BILLY J. WILLIAMS
                                        United States Attorney

                                        _/s Parakram Singh_____
                                        Parakram Singh, OSB #134871
                                        Assistant United States Attorney