BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00273-IM |
| v. | **MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **MARK Y. KOLYVANOV,** | |
| **Defendant.** | |

 The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Information filed July 24, 2020, charging defendant with Failing to Obey a Lawful Order.

 The government seeks this dismissal in the interests of justice.

Dated: January 8, 2021          Respectfully submitted,

                    BILLY J. WILLIAMS
                    United States Attorney

                    *s/ Parakram Singh*
                    PARAKRAM SINGH, OSB #134871
                    Assistant United States Attorney